# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ORTIZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>COLE,<br><br>        Defendant. | ) 1:14cv00637 DLB PC<br>)<br>) ORDER REGARDING PLAINTIFF'S<br>) MOTION TO CORRECT NAME<br>)<br>) (Document 13)<br>)<br>)<br>)<br>)<br>) |

Plaintiff Enrique Ortiz ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. The United States Marshal was ordered to serve Officer Cole on October 24, 2014.[1]

Also on October 24, 2014, Plaintiff submitted a motion to correct his name as it appeared in the October 9, 2014, order. It appears that the Court inadvertently included an incorrect name

---

[1] On May 9, 2014, Plaintiff consented to the jurisdiction of the United States Magistrate Judge.

1

on the order, but Plaintiff's name is correct on the Court's docket.  The Court will correct any future orders.

IT IS SO ORDERED.

Dated:  **October 29, 2014**                    /s/ *Dennis L. Beck*
                                                      UNITED STATES MAGISTRATE JUDGE